
PDK: USAO 2022R00192

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-cr-256 PX |
| | * | |
| DELONTE SHAQUAN HERBERT, | * | (Felon in Possession of a Firearm, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * | 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

USDC- GREENBELT
'22 JUL 21 PM 3:09

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland charges that:

On or about March 9, 2022, in the District of Maryland, the defendant,

**DELONTE SHAQUAN HERBERT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—that is, a Glock model 30Gen4 .45ACP caliber semi-automatic pistol—and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**DELONTE SHAQUAN HERBERT,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including, but not limited to, a Glock model 30Gen4 .45ACP caliber semi-automatic pistol bearing serial number BVVR461 and approximately 30 rounds of .45 caliber ammunition contained therein.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek L. Barron /PDK_
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: July 21, 2022